**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | |
|---|---|
| **LANDON LANE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:05-CV-127 |
| | ) (Phillips) |
| **CITY OF LAFOLLETTE,** *et al,* | ) |
| | ) |
| Defendants. | ) |

**ORDER**

It appears to the Court that this case should be **STAYED** pending the decision of the Sixth Circuit Court of Appeals on the interlocutory appeal of the Court's denial of qualified immunity for the defendants. The trial currently scheduled to begin on July 24, 2006, as well as the final pretrial conference scheduled for July 17, 2006 are cancelled.

**ENTER:**

s/Thomas W. Phillips
United States District Judge